UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

   UNITED STATES OF AMERICA,                  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                 -against-

                                                                                     21 -MJ- 2275     (RWL)

MARCELLA DEZARRAGA ORTIZ

                                  Defendant(s).
-------------------------------------------------------------------X

Defendant Igor Reznik hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

__x__    Initial Appearance Before a Judicial Officer

____    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

____    Conference Before a Judicial Officer


_____         *Michael D. Bradley*
Defendant's Signature                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

    Marcella Dezarraga Ortiz                 Michael D. Bradley
Print Defendant's Name                                   Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

3/3/2021
_____                                 _____
Date                                                       U.S. District Judge/U.S. Magistrate Judge